RECEIVED

JAN 28 2014

AT 8:30_____M
WILLIAM T. WALSH CLERK

**ORIGINAL**

PAUL J. FISHMAN
United States Attorney
CHARLES GRAYBOW
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel.: 973-353-6094
Fax.: 973-297-2010
e-mail: charles.graybow@usdoj.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*<br><br>*Plaintiff,*<br><br>v.<br><br>ALLSTATE MEDICAL SUPPLIES, LLC, et al.,<br><br>*Defendants.* | Hon. Freda L. Wolfson<br><br>*Civil Action No.* 10-6195 (FLW)<br><br>**ORDER RESTORING CASE TO ACTIVE DOCKET, DISMISSING COMPLAINT, AND UNSEALING CERTAIN DOCUMENTS** |

### FILED IN CAMERA AND UNDER SEAL

The United States having notified the Court, pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(4), of its election not to intervene in the above-captioned action;

The United States having notified the Court of its consent to dismissal pursuant to 31 U.S.C. § 3730(b)(1);

The Relator having filed his request to voluntarily dismiss this action pursuant to F.R.C.P. § 41;

Magistrate Judge Douglas E. Arpert having ordered that a redacted version of the Complaint be unsealed; therefore

IT IS on this 28th day of January, 2014

ORDERED that the Clerk of the Court shall administratively reopen the above-captioned action and restore it to the Court's active docket; and it is further

ORDERED that this action shall be dismissed with prejudice to the Relator and without prejudice to the United States, and that the case shall be closed; and it is further

ORDERED that this Order shall be unsealed; and it is further

ORDERED that all other documents in this matter (including, but not limited to, any applications filed by the United States for an extension of the sixty-day investigative period or for any other reason) shall remain under seal and shall not be made public.

_____
HON. FREDA L. WOLFSON
United States District Judge